UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**10 CIV. 9538**

ROBERT SCOTT
_____
_____
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

WORLDSTARHIPHOP INC
_____
BERKELEY COLLEGE
_____
_____
_____
_____
_____
_____
_____
_____

**COMPLAINT**

Jury Trial:   ☐ Yes   ☒ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.   **Parties in this complaint:**

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name   Robert Scott
          Street Address   127 East 117 Street, #3E
          County, City   New York
          State & Zip Code   New York, 10035
          Telephone Number   646-217-1765

B.   List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name   WorldStarHipHop Inc
                 Street Address   9839 W Bell Road

*Rev. 05/2010*

RECEIVED DEC 16 2010 PRO SE OFFICE

                           County, City  Sun City
                           State & Zip Code  Arizona, 85351
                           Telephone Number _____

Defendant No. 2     Name  BERKELEY COLLEGE
                           Street Address  3 East 43rd Street
                           County, City  New York
                           State & Zip Code  New York, 10017
                           Telephone Number  212-986-4343

Defendant No. 3     Name _____
                           Street Address _____
                           County, City _____
                           State & Zip Code _____
                           Telephone Number _____

Defendant No. 4     Name _____
                           Street Address _____
                           County, City _____
                           State & Zip Code _____
                           Telephone Number _____

II.    **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

    A.    What is the basis for federal court jurisdiction? *(check all that apply)*

          ☒ Federal Questions        ☐ Diversity of Citizenship

    B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? United States Constitution, Article I section 8, Copyright Act of 1976 and the Digital Millennium Copyright Act

    C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

          Plaintiff(s) state(s) of citizenship _____
          Defendant(s) state(s) of citizenship _____

III.    **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? On the web site located at www.worldstarhiphop.com

B. What date and approximate time did the events giving rise to your claim(s) occur? From November 19, 2010 to December 16, 2010

C. Facts: WorldStarHipHop Inc, promotes on its web site Plaintiff, Robert Scott, audiovisual work, known as Disgraceful: College Fight in NYC Breaks Out Between A Guy, His Girl and Another Girl in Class (Man Strong Arm's The Student. Hitting her with body shots) that was submitted by a member of the Defendant, Berkeley College, without the written consent of the Plaintiff who is the lawful copyright holder in such work. See, United States Copyright Office, Library of Congress Case #1-528638045
Defendant, WorldStarHipHop Inc., promotes and distributes the Plaintiff audiovisual work without any written consent from the Plaintiff and failed to comply with the statutory requirement of the Digital Millennium Copyright Act once the Plaintiff notified the company in writing of his rights in such work.

*What happened to you?*

*Who did what?*

*Was anyone else involved?*

*Who else saw what happened?*

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Plaintiff, Robert Scott, has been deprived of his exclusive rights within the audiovisual work to reproduce the copyrighted work in copies or phonorecords, to prepare derivative works based upon the copyrighted work, to distribute copies or phonorecords of the copyrighted work to the public by sale or other transfer of ownership, or by rental, lease, or lending, etc.

Rev. 05/2010

**V.  Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. Grant Plaintiff a temporary and permanent injunction against the Defendants, order impoundment of all copies of the audiovisual work from the Defendants that has been used in violation of the Plaintiff's exclusive rights and award the Plaintiff statutory damages in the amount of $28,000, because the registration of the work was made within three months after the date of first publication.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 16 day of December, 20 10.

Signature of Plaintiff  *Robert Scott*

Mailing Address  127 East 117 Street, #3E

New York, New York 10035

Telephone Number  646-217-1765

Fax Number *(if you have one)*  646-678-4733

Note:  All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

Rev. 05/2010