USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 3
DATE FILED: December 29, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Robert Scott,
                                                           :
            Plaintiff(s),                                  :    **ORDER**

    -against-                                              :    __10__ Civ. __9538__ ( UA )

WorldStarHipHop Inc.;                                      :
Berkeley College,
            Defendant(s).                                  :
-----------------------------------------------------------x

Leave to proceed in this Court without payment of fees is authorized.  28 U.S.C. § 1915.

SO ORDERED.

_____
LORETTA A. PRESKA
Chief Judge

Dated:  December 29, 2010
        New York, New York