```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-4-11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ROBERT SCOTT,

                Plaintiff,

  -against-

WORLDSTARHIPHOP INC.;
BERKELEY COLLEGE,

                Defendants.
-------------------------------------------------------------X

ORDER OF SERVICE

10 Civ. 9538 (PKC)

P. KEVIN CASTEL, United States District Judge:

    The Clerk of Court is directed to issue a Summons in this action, and Plaintiff is directed to serve the Summons and Complaint upon both Defendants.

    SO ORDERED:

                                              P. KEVIN CASTEL
                                         United States District Judge

Dated:
    New York, New York
    2-3