UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT SCOTT
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

WORLDSTARHIPHOP INC
_____

BERKELEY COLLEGE
_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-1-2011

10 Civ. 9538 (PKC) (RLE)

**AFFIRMATION OF SERVICE**

I, ROBERT SCOTT _____, declare under penalty of perjury that I have
                        *(name)*

served a copy of the attached  Notice of Assignment _____
                                    *(document you are serving)*

upon Kristin Rowe, Berkeley College _____ whose address is 3 East 43rd Street
         *(name of person served)*

9839 West Bell Road, Sun City, AZ 07652 _____
                        *(where you served document)*

by United States Priority Mail _____
    *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated:  New York _____, NY ____
              *(town/city)*          *(state)*

        February _____ 28 , 2011
              *(month)*      *(day)* *(year)*

Signature

127 East 117 Street, Apt. 3E
_____
*Address*

New York, NY 10035
_____
*City, State*

10035
_____
*Zip Code*

(646) 217-1765
_____
*Telephone Number*

*Rev. 05/2010*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------

SCOTT

          -against-

WORLDSTARHIPHOP INC.

-------------------------------------------------

Docket Number: 10 CV 9538 (PKC)

NOTICE OF ASSIGNMENT
(PRO-SE)

The above-entitled action is assigned to the calendar of:

JUDGE P. KEVIN CASTEL

All further documents submitted in this action shall bear the Judge's initials after the docket number:

( PKC )

The designated Magistrate Judge for this case is:

Magistrate Judge RONALD L. ELLIS

[   ] *IMPORTANT* - If this box is checked, this case is now assigned to the Court's Electronic Case Filing (ECF) System. All further documents must be filed electronically, not on paper. Please visit www.nysd.uscourts.gov for more information.

      The attorney(s) for the plaintiff(s) is requested to serve a copy of this Notice of Assignment on all defendants.

                                Ruby J. Krajick
                                Clerk

Dated: 01/03/2011

                                By: PHYLLIS ADAMIK
                                Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT SCOTT
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

WORLDSTARHIPHOP INC
_____

BERKELEY COLLEGE
_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

10 ___ Civ. 9538 ___ (PKC) (RLE)

**AFFIRMATION OF SERVICE**

I, ROBERT SCOTT _____, declare under penalty of perjury that I have
          *(name)*

served a copy of the attached Notice of Assignment _____
                                *(document you are serving)*

upon Lee Q. O'Denat, WorldStarHipHop Inc. _____  whose address is 9839 West Bell Road,
              *(name of person served)*

9839 West Bell Road, Sun City, AZ 07652 _____
                                *(where you served document)*

by United States Priority Mail _____
        *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: New York _____ , NY ___
          *(town/city)*     *(state)*

February ___ 28 , 2011
      *(month)*   *(day)* *(year)*

*Robert Scott*
Signature

127 East 117 Street, Apt. 3E _____
*Address*

New York, NY 10035 _____
*City, State*

10035 _____
*Zip Code*

(646) 217-1765 _____
*Telephone Number*

*Rev. 05/2010*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------

SCOTT

        -against-

WORLDSTARHIPHOP INC.

-------------------------------------------------

Docket Number: 10 CV 9538 (PKC)

NOTICE OF ASSIGNMENT
(PRO-SE)

The above-entitled action is assigned to the calendar of:

JUDGE P. KEVIN CASTEL

All further documents submitted in this action shall bear the  Judge's initials
after the docket number:

( PKC )

The designated Magistrate Judge for this case is:

Magistrate Judge RONALD L. ELLIS

[    ] *IMPORTANT* - If this box is checked, this case is now assigned to the
Court's Electronic Case Filing (ECF) System.  All further documents must be filed
electronically, not on paper.  Please visit www.nysd.uscourts.gov for more
information.

The attorney(s) for the plaintiff(s) is requested to serve a copy of this Notice
of Assignment on all defendants.

Ruby J. Krajick
Clerk

Dated: 01/03/2011

By: PHYLLIS ADAMIK
Deputy Clerk