UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ROBERT SCOTT,   [ECF]

            Plaintiff,   10 CV 9538 (PKC)

-against-   **NOTICE OF APPEARANCE**

WORLDSTARHIPHOP INC.,
BERKELEY COLLEGE,

            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      PLEASE TAKE NOTICE that Defendant Berkeley College hereby appears in the above-entitled action, and that the undersigned have been retained as attorneys for said defendant and request that all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: New York, N.Y.
       March 23, 2011

                            KAVANAGH MALONEY & OSNATO LLP

                            By _____
                               David F. Bayne
                               Steven M. Cordero
                       Attorneys for Defendant Berkeley College
                     415 Madison Avenue
                     New York, N.Y. 10017
                     212-207-8400

TO:

Mr. Robert Scott
127 E 117th Street, Apt. 3E
New York, NY 10035
Plaintiff *Pro Se*
646-217-1765

{00155044;v1}