UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

ROBERT SCOTT,                                     [ECF]

                Plaintiff,            10 Civ. 9358 (PKC)(RLE)

  -against-

WORLDSTARHIPHOP, INC.;
BERKELEY COLLEGE,

                Defendants.
------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys of record for Defendant Berkeley College hereby certify that Defendant has no publicly held parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated:  March 29, 2011
        New York, NY

                              KAVANAGH MALONEY & OSNATO LLP

                              By _____
                                 David F. Bayne
                            Attorneys for Defendant/Berkeley College
                            415 Madison Avenue, 18th Floor
                            New York, NY 10017
                            212-207-8400

{00155969;v1}

AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                              ss.:
COUNTY OF NEW YORK)

The undersigned, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides at 47-24 39th Place, Sunnyside, NY 11104.

That on March 29, 2011 deponent served the annexed

STATEMENT PURSUANT TO RULE 7.1

BY MAIL

on

Robert Scott, Pro Se, 127 East 117th Street, Apt. 3E, New York, NY 10035

by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Gustavo Llanos

Sworn to before me this
29TH day of March, 2011

_____
Notary Public

HARRIET LOBL
Notary Public, State of New York
No. 01LO7578060
Qualified in New York County
Commission Expires January 31, 2015

{00139165;v1}

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ROBERT SCOTT,                  [ECF]

           Plaintiff,       10 Civ. 9358 (PKC)(RLE)

   -against-

WORLDSTARHIPHOP, INC.;
BERKELEY COLLEGE,

           Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**STATEMENT PURSUANT TO RULE 7.1**

**KAVANAGH MALONEY & OSNATO LLP**
415 Madison Avenue
New York, NY 10017
**Attorneys for Defendant Berkeley College**

{00139165;v1}