UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/11

ROBERT SCOTT
(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

- against -

WORLDSTARHIPHOP, INC
BERKELEY COLLEGE

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

**CLERK'S CERTIFICATE**

10 Civ. 9538 (PKC)(RLE)

I, **RUBY J. KRAJICK**, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on December 16, 20 10 (date complaint was filed) with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant World Star Hip Hop In by serving Michael Carrigan, Attorney, personally/by mail on May 5, 2011 (name and title of person served) (circle one) (date defendant was served) and proof of service was filed with the Court on July 5, 2011. June 21, 2011 (date return of served was filed with the court)

I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

DATED: ~~September~~ Oct 6, 2011
New York, York

RUBY J. KRAJICK
Clerk of Court

By: _____
Deputy Clerk

Rev. 05/2010