UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/11
```

Robert Scott
*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

10  Civ. 9538  (PKC) (RLE)

- against -

**NOTICE OF APPEAL
IN A CIVIL CASE**

WorldStarhiphop, Inc.,

Berkeley College

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

Notice is hereby given that Robert Scott
                              *(party)*

hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment

of District Judge Mr. P. Kevin Castel judgment to dismiss the plaintiff amended complaint and denial of leave to
                              *(describe the judgment)*

amend

entered in this action on the __24th__ day of __October__, 20 __11__.
                              *(date)*            *(month)*        *(year)*

*Robert Scott*
Signature

127 East 117 Street, Apt. 3E
*Address*

New York, NY 10035
*City, State & Zip Code*

DATED: October 28, 2011    (646) 217 - 1765
                           *Telephone Number*

NOTE: To take an appeal, this form must be received by the *Pro Se* Office of the Southern District of New York within thirty (30) days of the date on which the judgment was entered, or sixty (60) days if the United States or an officer or agency of the United States is a party.

*Rev. 05/2007*