| | |
|---|---|
| ROBERT SCOTT,<br><br>    Plaintiff,<br><br>v.<br><br>WORLD STAR HIP HOP, INC.,<br><br>    Defendant. | Case No. 10-CV-09538-PKC-RLE<br><br>**APPLICATION FOR<br>ADMISSION OF ATTORNEY<br>PRO HAC VICE** |

Pursuant to Civil L.R. 11-3, Jennifer S. Granick, an active member in good standing of the bar of the State of California, hereby applies for admission to practice in the Southern District of New York on a *pro hac vice* basis representing World Star Hip Hop, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of the highest court of the State of California and there are no pending disciplinary proceedings against me in any state or federal court. My Certificate of Good Standing is submitted contemporaneously with this motion.

2. I agree to abide by the New York State Rules of Professional Conduct set forth in Local Civil Rule 1.5(b), to comply with General Order No. M-399, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court.

1

3.  An attorney who is a member of the bar of this Court in good standing and who maintains an office within the Southern District of New York has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Scott Zarin
> Zarin & Associates P.C.
> 1700 Broadway, Suite 3100
> New York, NY 10019
> Tel: (212) 580-3131
> Fax: (212) 580-4393

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 28, 2011

_____
Jennifer S. Granick
(Cal. Bar No. 168423)
ZWILLGEN PLLC
425 Market Street, 22nd Floor
San Francisco, CA 94105
(415) 684-8111 (tel)
(415) 397-6309 (fax)
jennifer@zwillgen.com

**THE STATE BAR
OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617    TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

November 8, 2011

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JENNIFER STISA GRANICK, #168423 was admitted to the practice of law in this state by the Supreme Court of California on December 14, 1993; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise G. Turner* (signature)

Louise G. Turner
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT SCOTT,<br><br>    Plaintiff,<br><br>v.<br><br><br>WORLD STAR HIP HOP, INC.,<br><br>    Defendant. | Case No. 10-CV-09538-PKC-RLE<br><br>**[Proposed] ORDER GRANTING PRO HAC VICE MOTION OF JENNIFER S. GRANICK** |

  The motion of Jennifer S. Granick, for admission to practice Pro Hac Vice in the above captioned action is GRANTED. Applicant has declared that she is a member in good standing of the bar of the state of California; and that his/her contact information is as follows (please print):

    Jennifer Stisa Granick
    ZWILLGEN PLLC
    425 Market Street, 22nd Floor
    San Francisco, CA 94105
    (415) 684-8111 (tel), (415) 397-6309 (fax), jennifer@zwillgen.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant World Star Hip Hop, Inc. in the above entitled action;

  IT IS HEREBY ORDERED that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an Electronic Case Filing (ECF) PASSWORD.

Dated:_____ By: _____

                  United States District / Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT SCOTT,<br><br>               Plaintiff,<br><br>v.<br><br>WORLD STAR HIP HOP, INC.,<br><br>               Defendant. | Case No. 10-CV-09538-PKC-RLE<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2011, a copy of the Application for Admission of Attorney Pro Hac Vice (with Certificate of Good Standing) and Proposed Order were served, via regular mail, upon:

Robert Scott, Plaintiff
127 East 117th Street
Apt. #3-E
New York, NY 10035

                                                              Sheila Marie
                                                              ZwillGen PLLC
                                                              1705 N Street, NW
                                                              Washington, DC 20036