UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT SCOTT,<br><br>    Plaintiff,<br><br>v.<br><br>WORLD STAR HIP HOP, INC.,<br><br>    Defendant. | Case No. 10-CV-09538-PKC-RLE<br><br>**NOTICE OF DEFENDANT WORLD STAR HIP HOP, INC.'S MOTION TO DISMISS AMENDED COMPLAINT IN ITS ENTIRETY** |

PLEASE TAKE NOTICE that attorneys for Defendant World Star Hip Hop, Inc. hereby move, before the Honorable Judge P. Kevin Castel, U.S.D.J., United States Courthouse, Room 12C, 500 Pearl Street, New York, New York, 10007, for dismissal with prejudice and in its entirety of Plaintiff's Amended Complaint against Defendant. In support of this motion, Defendant relies upon this Notice of Motion, the Memorandum of Law in Support of Defendant's Motion for Relief From Default, and the official record and docket in this matter.

Dated: January 12, 2012

Signature:  /s/
Jennifer Stisa Granick
(Cal. Bar No. 168423, *pro hac* granted)
350 Townsend Street, Ste. 612
San Francisco, CA  94107
(415) 684-8111 (tel)
(630) 733-7653 (fax)
granick@worldstarhiphop.com

1

Scott Zarin (N.Y. Bar No. SZ-7134)
Zarin & Associates P.C.
1700 Broadway, Suite 3100
New York, NY 10019
Tel: (212) 580-3131
Fax: (212) 580-4393
[scottzarin@copyrightrademarkcounsel.com](mailto:scottzarin@copyrightrademarkcounsel.com)

Attorneys for Defendant
World Star Hip Hop, Inc.