USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-31-14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT SCOTT,

                Plaintiff,

- against -

WORLDSTARHIPHOP, INC.,

                Defendant.

ORDER

10 Civ. 9538 (PKC) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

*Pro se* Plaintiff Robert Scott ("Scott") brings this action against Defendant WorldStarHipHop, Inc. ("WorldStar") for copyright infringement. The action was referred to the undersigned for general pretrial matters on February 4, 2011. Discovery closed on November 2, 2012. The Parties appeared before the Court for a telephone conference on April 10, 2013, to address several remaining discovery disputes. After the conference, the only discovery issue that remained was Scott's request for WorldStar to secure a copy of Scott's deposition for his review. On April 11, 2013, the Court ordered WorldStar to secure a copy of Scott's deposition for his review. (Docket No. 83.) WorldStar's counsel represented that it did so on May 7, 2013. Scott did not request any corrections to be made to the transcript.

      **IT IS HEREBY ORDERED THAT** the Parties submit a final pretrial order to Judge Castel in accordance with his individual rules.

**SO ORDERED this 31st day of January 2014**
New York, New York

                                            The Honorable Ronald L. Ellis
                                            United States Magistrate Judge