USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-17-14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT SCOTT,

                      Plaintiff,

        - against -

WORLDSTARHIPHOP, INC.,

                      Defendant.

**ORDER**

**10 Civ. 9538 (PKC) (RLE)**

**RONALD L. ELLIS, United States Magistrate Judge:**

Before the Court is *pro se* Plaintiff Robert Scott's ("Scott") request for leave to file a motion to amend his Complaint. (Docket No. 87.)

**IT IS HEREBY ORDERED THAT:**

(1) Scott's motion to amend his Complaint be filed on or before **April 16, 2014;**

(2) Defendant WorldStarHipHop, Inc.'s opposition be filed on or before **May 7, 2014;**

(3) Scott's reply, if any, be filed on or before **May 14, 2014.**

**SO ORDERED this 17th day of March 2014**
New York, New York

The Honorable Ronald L. Ellis
United States Magistrate Judge

MAILED BY CHAMBERS