Castel, K.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-28-14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

Case No. 10-CV-9538 (PKC/RLE)

ROBERT SCOTT
an individual,

             Plaintiff,

vs.

STIPULATION OF
VOLUNTARY DISMISSAL

WORLDSTARHIPHOP, INC.,
BERKELEY COLLEGE,

             Defendants.

----------------------------------------x

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, as to Defendant Worldstarhiphop, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(ii). *The "case" is closed.*

_____
Robert Scott
127 East 117th Street, Apt. 3E
New York, NY 10035

*Pro Se*

Date: 3/26/14

_____
Scott Zarin, Esq.
Zarin & Associates, P.C.
One Penn Plaza, Suite 4615
New York, NY 10119
Tel:  (212) 580-3131
Fax:  (212) 580-4393
*Attorneys for Defendant*
*Worldstar Hip Hop, Inc.*

Date: 3/27/14

SO ORDERED:
_____
3-28-14
R.S.