UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT SCOTT

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

WORLDSTARHIPHOP,INC

BERKELEY COLLEGE

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

10 Civ. 9538 (PKC) (RLE)

**NOTICE OF APPEAL
IN A CIVIL CASE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 31 2014

Notice is hereby given that ROBERT SCOTT
*(party)*

hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment

granting Defendant, Berkeley College, motion to dismiss pursuant to Fed. R. Civ. P. Rule 12 (b)(6)

*(describe the judgment)*

By Court of Appeals, 2nd Cir. Order dated March 22, 2012, Plaintiff was precluded from appealing said

order until a final order had been issued by the District Court. Final Order issued on 3/28/14.

entered in this action on the __24th__ day of __October__, 20__11__.
*(date)   (month)   (year)*

*Signature* Robert Scott

127 East 117 Street, Apt. 3E
*Address*

New York, NY 10035
*City, State & Zip Code*

DATED: __March 31__, 20__14__

( 646 ) 217 - 1765
*Telephone Number*

**NOTE:** To take an appeal, this form must be received by the *Pro Se* Office of the Southern District of New York within thirty (30) days of the date on which the judgment was entered, or sixty (60) days if the United States or an officer or agency of the United States is a party.

*Rev. 05/2007*